

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-28-2013

# In Re: Baby Products Antitrust

Precedential or Non-Precedential: Precedential

Docket No. 12-1165

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"In Re: Baby Products Antitrust " (2013). *2013 Decisions.* Paper 1042.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/1042

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 12-1165, 12-1166 & 12-1167

_____

IN RE  BABY PRODUCTS ANTITRUST LITIGATION

Kevin Young, Appellant (No. 12-1165)

Clark Hampe, Appellant (No. 12-1166)

Allison Lederer, Appellant (No. 12-1167)

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action Nos. 2-06-cv-00242 / 2-09-cv-06151)
District Judge: Honorable Anita B. Brody

_____

Argued September 19, 2012

Before AMBRO, GREENAWAY, JR., and O'MALLEY,[*] Circuit Judge

(Opinion filed February 19, 2013)

**ORDER  AMENDING  PRECEDENTIAL  OPINION**

AMBRO, Circuit Judge

IT IS NOW ORDERED that the published Opinion in the above case filed
February 19, 2013, be amended as follows:

On page 15, footnote 7, lines 5–6, delete the phrase "(*en banc*)".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated:        March 28, 2013

_____

[*] Honorable Kathleen M. O'Malley, United States Court of Appeals for the Federal
Circuit, sitting by designation.